

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00293-CV

**BEN FUSSELL,**

**Appellant**

 **v.**

**MLC CATTLE CO., L.L.C.,**

**Appellee**

### From the 12th District Court
### Madison County, Texas
### Trial Court No. 17-14692

## MEMORANDUM OPINION

Appellant Ben Fussell's motion for extension of time to file his notice of appeal, filed on November 9, 2021, is granted.

Appellant has now filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant explains that this appeal is now moot. Dismissal of this appeal would not prevent another party from seeking relief to which it would otherwise be entitled. *See id.* Appellant's motion to dismiss is therefore granted, and this appeal is dismissed.

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed
Opinion delivered and filed January 12, 2022
[CV06]

